**Order entered May 26, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01126-CR

No. 05-15-01127-CR

No. 05-15-01128-CR

No. 05-15-01129-CR

No. 05-15-01130-CR

No. 05-15-01131-CR

No. 05-15-01132-CR

No. 05-15-01133-CR

No. 05-15-01134-CR

No. 05-15-01135-CR

No. 05-15-01136-CR

No. 05-15-01138-CR

**WILLIAM CHAD COLEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-80672-2014;366-80673-2014; 366-81074-2014; 366-81075-2014;**
**366-81076-2014; 366-81077-2014; 366-81078-2014; 366-81192-2013; 366-81193-2013;**
**366-81194-2013; 366-81995-2013; 366-80674-2014**

# ORDER

The State's motion for extension of time to file brief dated May 23, 2016 is **GRANTED**.  The State's brief is deemed **FILED** May 23, 2016.


/s/     DAVID L. BRIDGES
        PRESIDING JUSTICE